796 A.2d 891

RAFAELA GUICHARDO, PLAINTIFF–MOVANT, v. MICHAEL
DELISI, M.D., ET AL., DEFENDANTS–RESPONDENTS.

April 29, 2002.

ORDER

Leave to appeal is granted.

796 A.2d 891

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. CEESAY SIMBARA, DEFENDANT–MOVANT.

April 29, 2002.

ORDER

Leave to appeal is granted.